IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**United States of America,**

   **Plaintiff,**

v.                Case No. 07-20061-JWL

**Billy Gerald Hudson, Jr.**

   **Defendant.**

### MEMORANDUM AND ORDER

In 2007, defendant entered a plea of guilty to conspiracy to manufacture 50 grams or more of methamphetamine. Defendant was released from custody in 2013 and his term of supervised release was terminated in April 2015. This matter is presently before the court on a pro se motion filed by defendant using a boilerplate "petition" form that appears to have been created by the Kansas state courts for the purpose of petitioning for relief from offender registration (doc. 61).

The Kansas Offender Registration Act, K.S.A. § 22-4901 et seq., applies to "drug offenders," which includes those convicted of drug trafficking offenses in violation of K.S.A. § 21-5705(a)(1) or drug trafficking conspiracies in violation of K.S.A. § 21-5302. *See* K.S.A. § 22-4902(f). It also pertains to those convicted of a comparable "out-of-state conviction." K.S.A. § 22-4902(f)(2). An "out-of-state" conviction includes one in federal court. K.S.A. § 22-4902(r).

The Kansas Offender Registration Act provides a process for "drug offenders" to be relieved of further registration obligations under K.S.A. § 22-4908. The individual must file a verified petition if they have registered for at least five years after all incarceration and supervision has concluded. *See* K.S.A. § 22-4908(a). For an individual like defendant who was not convicted

in a State of Kansas court, the petition must be filed in the district court of the Kansas county where that person is currently required to register. *See* K.S.A. § 22-4908(d)(1). Defendant's petition indicates that he is currently required to register in Johnson County, Kansas. Thus, he must file his petition for relief (and the requisite docket fee) in the District Court of Johnson County, Kansas. This court lacks jurisdiction to grant the relief requested by defendant. The motion, then, is dismissed.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's petition for relief from offender registration (doc. 61) is dismissed.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2023, at Kansas City, Kansas.

<u>s/John W. Lungstrum</u>
John W. Lungstrum
United States District Judge